UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT BOSCH SEMICONDUCTOR LLC, et al.,<br><br>Defendants. | No. 2:26-cv-00237-DAD-CKD<br><br>ORDER DISMISSING DEFENDANT ROBERT BOSCH SEMICONDUCTOR LLC AND REMANDING THIS ACTION TO THE PLACER COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. Nos. 12, 13) |

On January 28, 2026, defendant Jump Employee Services LLC ("defendant JES") removed this putative class action from the Placer County Superior Court on January 28, 2026. (Doc. No. 1.)  On June 3, 2026 plaintiff and defendant Robert Bosch Semiconductor LLC ("defendant RBS") filed a stipulation to voluntarily dismiss defendant RBS from this action without prejudice (Doc. No. 12), allowing plaintiff to later re-name defendant RBS with any re-pled claims relating back to September 12, 2025.  Also on June 3, 2026, plaintiff and defendant JES filed a stipulation to remand this action to the Placer County Superior Court in light of the anticipated dismissal of defendant RBS.  (Doc. No. 13.)  In the stipulation to dismiss defendant RBS, plaintiff and defendant RBS do not state whether they intend to dismiss defendant RBS pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), but because the stipulation is not

1

signed by all parties who have appeared, the court will construe the stipulation as a request to dismiss defendant RBS pursuant to Rule 41(a)(2).  In light of the remaining parties' stipulation to remand this case as a result of the anticipated dismissal of defendant RBS, the court finds dismissal of defendant RBS to be appropriate under the circumstances.

Accordingly,

1.   Pursuant to the parties' stipulation (Doc. No. 12) and Rule 41(a)(2), defendant Robert Bosch Semiconductor LLC is hereby dismissed without prejudice;

2.   Pursuant to the parties' stipulation (Doc. No. 13), this action is REMANDED to the Placer County Superior Court;

3.   The initial scheduling conference currently set for June 22, 2026 is hereby VACATED; and

4.   The Clerk of the Court is directed to update the docket to reflect that defendant Robert Bosch Semiconductor LLC has been terminated from this action and to close this case.

IT IS SO ORDERED.

Dated:   **June 18, 2026**                  _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2